Tyrone BUSSEY, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 224, 2016

Supreme Court of Delaware.

Submitted: March 15, 2017
Decided: March 31, 2017

Court Below: Superior Court of the State of Delaware, ID No. 1503013837A

AFFIRMED.

David R. BLISS, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 571, 2016

Supreme Court of Delaware.

Submitted: February 27, 2017
Decided: April 5, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 08004024336

GRANTED. AFFIRMED.

Lynn TILTON, Defendant
Below, Appellant,

v.

ZOHAR II 2005–1, LIMITED and
Zohar III, Limited, Plaintiffs
Below, Appellees.

No. 161, 2017

Supreme Court of Delaware.

Submitted: April 18, 2017
Decided: April 19, 2017

Court Below—Court of Chancery of the State of Delaware, C.A. No. 12946

REFUSED.